UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INNER CIRCLE SPORTS LLC,

            Plaintiff,

-against-

BLUESTONE EQUITY PARTNERS, et al.,

           Defendants.

No. 23-CV-8126 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On August 12, 2024, Plaintiff Inner Circle Sports LLC and Defendants Bluestone Equity Partners, Bluestone Capital Partners I, LP, and Sharad ("Bobby") Sharma, (collectively, the "Bluestone Defendants"), appeared before the Court for oral argument on the Bluestone Defendants' motion to dismiss the amended complaint ("AC"). For the reasons discussed at today's hearing, the Court grants the Bluestone Defendants' motion to dismiss, (dkt. no. 43), and Counts I, II, III, IV, VI, and VII of the AC are dismissed with prejudice against the Bluestone Defendants.

    Additionally, for the reasons discussed today, the Court grants the Bluestone Defendants' request to keep pages 51-56 of the Bluestone Deck under seal, (dkt. no. 24), and it denies Plaintiff's motion to seal page 46 of the Bluestone Deck, (dkt. no. 34). Accordingly, the parties are directed to confer and file on the public docket a copy of the Bluestone Deck with pages 51-56 redacted.

The Clerk of the Court is directed to close docket entries 20, 24, 34, 43, and 46.  The Clerk of the Court is further directed to dismiss the Bluestone Defendants from this action.

**SO ORDERED.**

Dated:   August 12, 2024
         New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge