UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Inner Circle Sports LLC,            :
                                    :   23 CV 8126 (LAP)
                 Plaintiff(s),      :
                                    :       **ORDER**
         -against-                  :
Bluestone Equity Partners, et al.,  :
                                    :
                 Defendant(s).      :
                                    :
-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than April 15, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: April 8, 2025

New York, New York