UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Inner Circle Sparts LLC,    :

                            :    23 CV 8126 (LAP)

                Plaintiff(s),    :

                            :    **ORDER**

        -against-           :

Bluestone Equity Partners, et al,    :

                Defendant(s).    :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter
no later than March 30, 2026  of the status of the
action/remaining claims/defendants.


SO ORDERED.


                            _____

                            LORETTA A. PRESKA,

                            Senior U.S.D.J.


Dated: 3/23/26

New York, New York